1

2    THE HONORABLE JAMES L. ROBART

3

4

5

6

7    UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9    JOSHUA BURKS,                          No. 3:23-cv-05360-JLR

Plaintiff,                       **[PROPOSED] ORDER GRANTING
10                                          STIPULATED MOTION FOR AN
v.                                  EXTENSION OF TIME FOR
11                                          DEFENDANT EXPERIAN
INFORMATION SOLUTIONS, INC. TO
12   MONTERAY COLLECTIONS               RESPOND TO PLAINTIFF'S
SERVICES; and EXPERIAN              COMPLAINT**
INFORMATION SOLUTIONS, INC.,
13
Defendants.                      **NOTE ON MOTION CALENDAR:
14                                          MAY 25, 2023**

15

16       Upon consideration of Plaintiff Joshua Burks ("Plaintiff") and Defendant Experian

17   Information Solutions, Inc.'s ("Experian") S*tipulated Motion for an Extension of Time for

18   Defendant Experian Information Solutions, Inc. to Respond to Plaintiff's Complaint* (the

19   "Motion"), and being otherwise fully advised on the premises, it is hereby ORDERED that the

20   Motion is GRANTED.  The deadline for Defendant Experian Information Solutions, Inc. to answer

21   or otherwise respond to Plaintiff's Complaint in the above-captioned case is hereby extended to

June 8, 2023.
22
SO ORDERED this 26th day of May, 2023.
23

24

25   _____

26       The Hon. James L. Robart
United States District Court Judge

ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION OF TIME FOR
DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO
PLAINTIFF'S COMPLAINT (3:23-cv-05360-JLR) - 1
117886922.1 0030176-00379

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900

1

2    Presented by:

3     STOEL RIVES LLP

4

5     *s/ Sara J. Wadsworth*

6     Sara J. Wadsworth, WSBA No. 55952
      600 University Street, Suite 3600
7     Seattle, WA  98101
      Telephone:  206.624.0900
8     Facsimile:  206.386.7500
      Email: sara.wadsworth@stoel.com
9

10    *Attorneys for Defendant*

11    *Experian Information Solutions, Inc.*

12

13

      Joshua Burks
14    4210 Everett Avenue
      Tacoma, WA 98404
15    Email: joshburks2413@gmail.com

16    *Plaintiff pro se*

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION OF TIME FOR
DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO
PLAINTIFF'S COMPLAINT (3:23-cv-05360-JLR) - 2
117886922.1 0030176-00379