1

Hon. James L. Robart
NOTE FOR PRESENTATION: JULY 10, 2023

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6

7    JOSHUA BURKS,

Plaintiff,

NO: 3:23 cv 5360 JLR

~~PROPOSED~~

8    v.

ORDER ON STIPULATION
DISMISSING ACTION WITH
PREJUDICE AND WITHOUT
COSTS

9    MONTEREY FINANCIAL SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.

10

Defendants.

11

12

13          Upon the stipulation of Joshua Burks, Plaintiff Pro Se and Monterey Financial

Services, LLC, through its attorneys Ketter Sheppard & Jackson, LLP, agreeing to the entry

14    of an order dismissing this action with prejudice and without costs assessed to either party, the

15    court ORDERS as follows:

16          Plaintiff's complaint against Defendant Moneterey Financial Services, LLC shall be,

17    and hereby is DISMISSED WITH PREJUDICE AND WITHOUT COSTS to either party.

18          Dated this 11 of July 2023.

19

20                                              Hon. James L. Robart

21

22    ORDER ON STIPULATION DISMISSING
ACTION WITH PREJUDICE AND
23    WITHOUT COSTS - 1

KETTER SHEPPARD & JACKSON, LLP
50 - 116TH AVENUE SE; SUITE 201
BELLEVUE, WASHINGTON 98004
DIRECT: (206) 330-2054; MAIN: (206) 382-2600

[3:23 cv 5360 JLR]

PRESENTED BY:

KETTER, SHEPPARD & JACKSON,
LLP

*s/ Andrew D. Shafer*
Andrew D. Shafer, WSBA No. 9405
Attorney for Monterey Financial Services
50 – 116ᵗʰ Ave. SE; Suite 201
Bellevue, WA  98004
Cell:206.799.5128; Direct: 206.330.2054
e-mail: ashafer@sksp.com
Dated:  July 5, 2023

APPROVED:

JOSHUA BURKS

Dated:  07 / / 2023

ORDER ON STIPULATION DISMISSING
ACTION WITH PREJUDICE AND
WITHOUT COSTS - 2

[3:23 cv 5360 JLR]

KETTER SHEPPARD & JACKSON, LLP
50 – 116ᵗʰ AVENUE SE, SUITE 201
BELLEVUE, WASHINGTON 98004
DIRECT  (206) 330-2054, MAIN  (206) 582-2606